UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

Colin Washington,

                                  Plaintiff,

             -against-                    **AFFIDAVIT OF SERVICE**

CITY OF NEW YORK, et. al                15-CV- 8922

                                Defendants. --

-----------------------------------------------------------x

I, Tyrin Torres, being duly sworn deposes and says:

1. I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2. On December 7 2015, at approximately 12:18 P.M, I served the summons and complaint in this matter on Det Ericks Rodriguez by delivering a copy of same to P.O English a person of suitable age and discretion at defendant's actual place of business within the state, at 451 West 151 Street, New York, NY.

3. Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated: New York, New York
December 7, 2015

_____
Tyrin Torres

Sworn to me on 7th day
Of December 2015

_____
NOTARY PUBLIC

ROBERT MARINELLI
Notary Public, State of New York
Reg. No. 02MA6220272
Qualified in New York County
My Commission Expires June 2, 2018