UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

COLIN WASHINGTON,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

-----------------------------------------------------------------x

ORDER TO PRODUCE
15 CV 8922 (AJN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 28 2016

**United States District Judge Alison J. Nathan:**

Colin Washington, who is an inmate at Rikers Island, is a party to the above-captioned action. On July 18, 2016, at 9:30 AM, the Mediation Office of the United States District Court for the Southern District of New York will host a proceeding relating to the matter. The Court orders that the Warden make the necessary arrangements for Mr. Washington to participate in the mediation via telephone. Mr. Washington's counsel Ryan Lozar will contact the Department of Corrections' personnel well in advance of that date to coordinate Mr. Washington's July 18, 2016 telephone appearance.

SO ORDERED.

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Dated: Jun 28, 2016