The Law Office of Ryan Lozar, P.C.
305 Broadway, 10th Floor, New York, NY 10007
Tel: (310) 867-1562; Alternate Telephone: (646) 666-8262; Fax: 1-(877) 666-4456
ryanlozar@gmail.com
www.ryanlozar.com/www.luchaportusderechos.com



JUNE 27, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 28 2016

SO ORDERED:   6/28/16

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

The Honorable Alison J. Nathan
United States District Court for the Southern District of New York

Re:   Washington v. City of NY, et al., No. 15 Civ. 8922 (AJN)

Dear Judge Nathan:

I represent Plaintiff Colin Washington in the above-captioned Section 1983 police misconduct case which has been designated for mediation pursuant to Local Civil Rule 83.10.

I write on behalf of all Parties to provide a supplement to our June 24, 2016, status letter.

First, I would like acknowledge, which we failed to do in the previous letter but should have, that the mediation as presently scheduled—July 18, 2016—will take place more than 120 days after the first Defendant's Answer. The Parties apologize for that delay. One of the reasons for the length of this delay is that Mr. Washington was unexpectedly incarcerated on the eve of the first mediation, requiring it to be rescheduled.

That said, the Parties feel that a mediation may still be productive and to that end we would like to still have it, with the Court's permission, on July 18, 2016. As for an Initial Conference, the Parties suggest that they will submit a status letter to the Court on or before July 19, 2016, stating the outcome of the mediation. If the mediation is not successful, the Parties will include mutually agreeable dates for an Initial Conference in that status report.   ] So Ordered

Finally, in order that Mr. Washington can participate in the July 18, 2016 mediation, I respectfully request that the Court issue an Order directing Rikers Island to produce Mr. Washington by telephone for the July 18, 2016 mediation. I have attached a Proposed Order to Produce to this letter application.

Sincerely,

Ryan Lozar
Attorney for Plaintiff Colin Washington