USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 17 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
Colin Washington,

                Plaintiff,

     -v-

City of New York, *et al.*,

                Defendants.

-------------------------------------------------------------- X

15 Civ. 8922 (AJN)

SCHEDULING ORDER

ALISON J. NATHAN, District Judge:

     The Initial Pretrial Conference currently set for Friday, August 26, 2016 at 2:45 pm is hereby re-scheduled to **10:30 am on the same date** in Courtroom 906 of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at 40 Foley Square, New York, New York.

     The proposed Civil Case Management Plan and Scheduling Order and joint letter must be filed on ECF **no later than seven days prior to the Initial Pretrial Conference**.

Dated: August 17, 2016
         New York, New York

_____
ALISON J. NATHAN
United States District Judge